[Nos. 33332-9-III; 33825-8-III.   Division Three.   October 25, 2016.]

WATER WORKS PROPERTIES, LLC, *Appellant*, v. WILLIAM DEAN COX ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Douglas County, No. 13-2-00167-2, John Hotchkiss, J., entered April 14, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33553-4-III.   Division Three.   October 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MARTIAL WONCH, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 11-1-00015-0, Patrick A. Monasmith, J., entered May 29, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 33573-9-III.   Division Three.   October 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE R. HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00197-4, Scott R. Sparks, J., entered June 24, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.

[No. 33714-6-III.   Division Three.   October 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE TUCKER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 15-1-00055-4, Patrick A. Monasmith, J., entered August 20, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Siddoway, J.